AO 91 (Rev. 11/11)  Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 25, 2023*

Nathan Ochsner, Clerk of Court

United States of America
v.

WILLIAM A. MILLS

*Defendant(s)*

Case No. **4:23-mj-1503**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **2018** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy |
| 18 USC 1344 | Bank Fraud |
| 18 USC 1014 | False Statement to a Bank |

This criminal complaint is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Steven Dillon, Special Agent--FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: **July 25, 2023**

*Judge's signature*

City and state: **Bend, OR**

Andrew M. Edison, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Steven Dillon, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since 2004. After training and a brief temporary duty, I have been primarily assigned to a white-collar crime squad. I have attended multiple training relevant to white-collar crime violations such as the ones address in this matter. I have personally investigated or assisted in investigating criminal matters involving fraud, bank fraud, and money laundering. I have experience and am familiar with the conspiracy statute found in 18 United States Code 1349, the bank fraud found in 18 United States 1344, and the false statement to obtain credit from a financial institution found in 18 United States Code 1014. My current duties include the investigation of financial crimes including securities and corporate fraud as well as other financial crimes. I am authorized under Title 28, United States Code, Section 533, to conduct federal criminal investigations concerning any of the laws of the United States. Further, Title 18, United States Code, Section 3052 specifically authorized special agents and officials of the FBI to make arrests, carry firearms and serve warrants.

2. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and documents. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND AND EVIDENCE OF FRAUD

3. Starting at least as early as 2018 and continuing through 2018,

**WILLIAM A. MILLS (MILLS)**, and co-conspirators HV, BK, JW, and JA, conspired in a fraudulent loan scheme to obtain money from various lenders insured by the Federal Deposit Insurance Corporation (FDIC). A review of documentary evidence and witness interviews show that **MILLS** and his co-conspirators accomplished the scheme by preparing and submitting falsified information and documents to FDIC-insured institutions, including Moody Bank.

4.  **MILLS** resided in the Houston, Texas area and operated as a loan broker through a business entity called Southwest Business Capital, Inc. (SBC). **MILLS** also operated a shell company called Southwest Business Equipment (SBE).

5.  Co-conspirator HV resided in the Houston, Texas area and was a self-employed tax preparer.

6.  Co-conspirator BK resided in the Houston, Texas area and operated as a loan broker, including being employed for a time at SBC by **MILLS**.

7.  Co-conspirator JW resided in the Houston, Texas area and was a loan borrower in this scheme. JW was associated with different business names, including Innovative Pathology Laboratory Services, LLC (IPLS).

8.  Co-conspirator JA resided in the Houston, Texas area and worked as a loan broker.

9.  In 2018, Moody Bank was a federally insured financial institutions located in Houston, Texas, whose deposits were insured by the FDIC.

**MOODY BANK LOAN**

10. Borrower MD, the owner of a dental practice (TCD), was interviewed by federal investigators and stated that in or around March 2018, she went to **MILLS** at SBC to try to obtain a loan for her dental practice.

11.     According to MD, **MILLS** said he could help her obtain a loan and instructed MD to send him MD's true tax returns. MD sent **MILLS** her true business tax returns (TCD for 2014) and personal tax returns (for 2014-2015). All of MD's true personal and business tax returns were prepared by an individual whose initials are "JG."

12.     As part of the loan package, **MILLS** created a fraudulent promissory note, a statement of payoff, and an equipment purchase agreement between SBE and TCD to make it appear as if TCD bought equipment in 2016 from SBE. The fraudulent equipment purchase agreement was dated 2017 and included a notarization from co-conspirator HV dated 4/10/16. The loan package prepared by **MILLS** also included falsified 1040 income tax returns for tax years 2015-2016 for MD that inflated her actual income and were different from MD's true tax returns prepared by JG. The fraudulent 2015-2016 tax returns, along with fraudulent Tax Form 1120s for tax years 2015-2016, show they were prepared by co-conspirator HV.

13.     MD told investigators she never bought equipment from SBE or **MILLS** and was confused as to why loan proceeds sent to **MILLS** in the first place, and that she had never seen an equipment purchase agreement before and had never had anything notarized by co-conspirator HV.

14.     The fraudulent documents and loan package were submitted to Moody Bank and caused Moody Bank to issue a $250,136.18 cashier's check from Moody Bank to SBE to pay off the purported equipment loan to TCB from SBE.

15.     All of the fraudulently obtained Moody Bank loan proceeds were paid to **MILLS'** SBE account at Bank of America (account X0896). **MILLS** was the only signer on BOA account X0896.

16.     After the Moody Bank loan proceeds were deposited into BOA X0896, **MILLS** wrote the following checks out of the Moody Bank loan proceeds:

- On or about 3/21/2018, **MILLS** wrote BOA check #6667 for $150,000 payable to SBC, his own company, and deposited that check into SBC's account at Central Bank (CB X3357).

- On or about 3/27/2018, **MILLS** wrote BOA check #6657 for $85,962.56 payable to MD.

- On or about 3/30/2018, **MILLS** wrote CB check #10010 for $68,122.56 to MD and wrote in the memo line "reimbursement inv #541-0991."

17. Emails obtained by search warrant show that:

    - On or about 4/3/17, **MILLS** emailed himself MD's true tax returns prepared by tax preparer JG.

    - On or about 8/7/17, **MILLS'** assistant emailed **MILLS** falsified tax documents for MD—specifically 1040's and 1120's prepared by coconspirator HV showing inflated income for MD when compared to MD's true tax returns.

    - On or about 3/12/18, **MILLS** emailed to Moody Bank a fake payoff statement for the non-existent equipment from SBE to MD.

18. MD says she never met co-conspirator HV.

19. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging **WILLIAM A. MILLS** with violations of Title 18 USC 1349, 1344, and 1014. (Conspiracy to Commit Bank Fraud, Bank Fraud, and False Statement to Obtain Credit).

_____
Steven Dillon
Special Agent, FBI

Subscribed and sworn to telephonically this 25th day of July, and I find probable cause.

_____
Andrew M. Edison
United States Magistrate Judge