Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*July 26, 2023*

Nathan Ochsner, Clerk of Court

**UNDER SEAL**
**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:23-cr-00328** |
| **v.** | § | |
| | § | |
| **1) WILLIAM A. MILLS,** | § | **Violations:** |
| **(Counts 1-5, 7, 11-14, 16, 20),** | § | |
| **2) HUGO VILLANUEVA,** | § | **18 U.S.C. § 1014** |
| **(Counts 1-5, 7-14, 16-20),** | § | **18 U.S.C. § 1344** |
| **3) BUN KHATH,** | § | **18 U.S.C. § 1349** |
| **(Counts 1, 6-10, 15-20)** | § | **18 U.S.C. § 1956(h)** |
| **4) JENNIFER WILLIAMS,** | § | **18 U.S.C. § 2** |
| **(Counts 1, 6-10, 15-20)** | § | |

## INDICTMENT

The Grand Jury charges:

At all times material to this Indictment:

## COUNT ONE

(Conspiracy to Commit Bank Fraud, 18 U.S.C. §1349)

### A. INTRODUCTION

1. Starting at least as early as 2016 and continuing through 2021, **WILLIAM A. MILLS (MILLS)**, **HUGO VILLANUEVA (VILLANUEVA)**, **BUN KHATH (KHATH)**, and **JENNIFER WILLIAMS (WILLIAMS)**, along with others known and unknown to the Grand Jury, conspired in a fraudulent loan scheme to obtain money from various lenders insured by the Federal Deposit Insurance Corporation (FDIC), National Credit Union Share Insurance Fund

(NCUA), and the Small Business Administration (SBA). The fraudulent scheme encompassed dozens of loans totaling at least $40 Million in fraudulent loan proceeds.

2. **MILLS** resided in the Houston, Texas area and operated as a loan broker through a business entity called Southwest Business Capital, Inc. (SBC). **MILLS** also operated a shell company called Southwest Business Equipment (SBE).

3. **VILLANUEVA** resided in the Houston, Texas area and was a self-employed tax preparer who operated under different business names including Godis Business Consulting, LLC., and HMHN Services.

4. **KHATH** resided in the Houston, Texas area and operated as a loan broker, including being employed for a time at SBC by **MILLS**. **KHATH** was associated with different business names including BKJ Business Equipment, LLC (BKJ) and Zonda Solutions, LLC (Zonda). BKJ was a corporation originally formed under a different name but in November 2017, the name was changed to BKJ and **KHATH** was made a member and President. Zonda was formed in June 2018 listing **KHATH** and a co-conspirator as its managers. Before working for **MILLS**, **KHATH** was previously employed at several FDIC-insured banks.

5. **WILLIAMS** resided in the Houston, Texas area and was a loan borrower in

this scheme. **WILLIAM** was associated with different business names, including Innovative Pathology Laboratory Services, LLC (IPLS) and Network Consulting Firm, Inc. (Network).

**Victim Financial Institutions**

6. Third Coast Bank (TCB), Iberiabank (now known as First Horizon), Frost Bank (Frost), BB&T Bank (BBT—now known as Truist Bank), Moody Bank, and Simmons Bank (Simmons) were federally insured financial institutions located in Houston, Texas, whose deposits were insured by the FDIC.

7. The Federal Deposit Insurance Corporation (FDIC) was an agency of the United States established to protect depositors by insuring the deposits of member banks with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions. The FDIC insurance fund was backed by the United States government.

**B. THE CONSPIRACY**

8. From in or about 2016, through in or about 2021, in the Houston Division of the Southern District of Texas and elsewhere,

**WILLIAM A. MILLS,**
**HUGO VILLANUEVA,**
**BUN KHATH, and**
**JENNIFER WILLIAMS,**

defendants herein, did knowingly combine, conspire, confederate, and agree with others known and unknown to commit the following offense against the United States, that is: to knowingly execute and attempt to execute a scheme and artifice to defraud one or more of the Victim Financial Institutions, and to obtain moneys, funds, and credits owned by and under the custody and control of one or more of the Victim Financial Institutions, by means of material false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

## C. MANNER AND MEANS OF THE CONSPIRACY

9. The defendants and their co-conspirators sought to accomplish the purpose of the conspiracy by the following manner and means, among other things:

a. preparing or causing to be prepared loan applications that contained false and fraudulent information about income to obtain loans from one or more of the Victim Financial Institutions;

b. preparing or causing to be prepared false and fraudulent documents such as income tax returns, financial statements, bank account statements, and equipment invoices to obtain loans from one or more of the Victim Financial Institutions;

c. submitting or causing to be submitted fraudulent loan applications to obtain loans from the Victim Financial Institutions;

d. submitting or causing to be submitted false and fraudulent documents such as income tax returns, financial statements, bank statements, and equipment invoices to obtain loans from one or more of the Victim Financial Institutions;

e. depositing fraudulently obtained loan funds into designated bank accounts via wire transfer, check, and cashier's check;

f. collecting money from fraudulently obtained loan funds for their own benefit and the benefit of other co-conspirators.

In violation of Title 18, United States Code, Section 1349.

**COUNTS TWO - TEN**
(Bank Fraud, 18 U.S.C. §1344 and 2)

**A. INTRODUCTION**

10. Paragraphs 1 through 9 of Count One of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

**B. THE SCHEME TO DEFRAUD**

11. From in or about 2016, and continuing through in or about 2021, in the Houston Division of the Southern District of Texas and elsewhere,

**WILLIAM A. MILLS,**
**HUGO VILLANUEVA,**
**BUN KHATH, and**
**JENNIFER WILLIAMS,**

the defendants, and others known and unknown to the grand jury, did knowingly execute and attempt to execute a scheme and artifice to defraud one or more of the

Victim Financial Institutions, and to obtain moneys, funds, and credits owned by and under the custody and control of one or more of the Victim Financial Institutions, by means of material false and fraudulent pretenses, representations, and promises.

## C. THE MANNER AND MEANS OF THE SCHEME

12. Paragraph 9 of Count One of this Indictment is re-alleged and incorporated by reference herein as a description of the manner and means of the scheme and artifice.

## D. EXECUTION OF THE SCHEME

13. On or about the dates specified below, within the Houston Division of the Southern District of Texas and elsewhere, the defendants, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly execute and attempt to execute the aforesaid scheme and artifice to defraud one or more of the Victim Financial Institutions and to obtain money, funds, and credits owned by and under the control of one or more of the Victim Financial Institutions, by means of material false and fraudulent pretenses, representations, and promises, as more particularly described below:

| Count | Defendant | Date | Description/ Loan Amount |
|---|---|---|---|
| 2 | MILLS & VILLANUEVA | 9/12/2017 | $500,000 line of credit loan to P* Plus from TCB |
| 3 | MILLS & VILLANUEVA | 2/27/2018 | $250,000 line of credit loan to P* Plus from Iberiabank |

| | | | |
|---|---|---|---|
| 4 | MILLS & VILLANUEVA | 8/9/2018 | $218,358 line of credit loan to P* Plus from Frost |
| 5 | MILLS & VILLANUEVA | 3/13/2018 | $250,000 from Moody Bank for equipment loan refinance for T*C* Dental |
| 6 | KHATH & WILLIAMS | 9/26/2018 | $250,000 line of credit loan to IPLS from Iberiabank |
| 7 | MILLS, VILLANUEVA, KHATH & WILLIAMS | 5/15/2019 | $2,863,085 equipment loan to IPLS from BB&T |
| 8 | VILLANUEVA, KHATH & WILLIAMS | 12/24/2019 | $1,000,000 line of credit for IPLS from Simmons Bank |
| 9 | VILLANUEVA, KHATH & WILLIAMS | 12/24/2019 | $4,161,546.59 loan for IPLS from Simmons Bank for loan payoffs at BB&T and BBVA |
| 10 | VILLANUEVA, KHATH & WILLIAMS | 12/24/2019 | $600,000 equipment loan for IPLS from Simmons Bank |

In violation of Title 18, United States Code, Section 1344 and 2.

**COUNTS ELEVEN - NINETEEN**

(False Statement to Obtain Credit, 18 U.S.C. §1014 and 2)

14. From in or about 2016, and continuing through in or about 2021, in The Houston Division of the Southern District of Texas and elsewhere,

**WILLIAM A. MILLS,**
**HUGO VILLANUEVA,**
**BUN KHATH,**
**JENNIFER WILLIAMS,**

and others known and unknown to the grand jury, made and caused to be made a material false and fraudulent statement for the purpose of influencing the actions of one or more of the Victim Financial Institutions, whose deposits were insured by

the Federal Deposit Insurance Corporation, in connection with loan applications as more particularly described below:

| **Count** | **Defendant** | **Date** | **Description** |
|---|---|---|---|
| 11 | MILLS & VILLANUEVA | 9/12/2017 | $500,000 line of credit loan to P* Plus from TCB |
| 12 | MILLS & VILLANUEVA | 2/27/2018 | $250,000 line of credit loan to P* Plus from Iberiabank |
| 13 | MILLS & VILLANUEVA | 8/9/2018 | $218,358 line of credit loan to P* Plus from Frost |
| 14 | MILLS & VILLANUEVA | 3/13/2018 | $250,000 from Moody Bank for equipment loan refinance for T*C* Dental |
| 15 | KHATH & WILLIAMS | 9/26/2018 | $250,000 line of credit loan to IPLS from Iberiabank |
| 16 | MILLS, VILLANUEVA, KHATH & WILLIAMS | 5/15/2019 | $2,863,085 equipment loan to IPLS from BB&T |
| 17 | VILLANUEVA, KHATH & WILLIAMS | 12/24/2019 | $1,000,000 line of credit for IPLS from Simmons Bank |
| 18 | VILLANUEVA, KHATH & WILLIAMS | 12/24/2019 | $4,161,546.59 loan for IPLS from Simmons Bank for loan payoffs at BB&T and BBVA |
| 19 | VILLANUEVA, KHATH & WILLIAMS | 12/24/2019 | $600,000 equipment loan for IPLS from Simmons Bank |

In violation of Title 18, United States Code, Section 1014 and 2.

## COUNT TWENTY

(Money Laundering Conspiracy, 18 U.S.C. § 1956(h))

15. Paragraph 9 of Count One of this Indictment is re-alleged and incorporated by reference herein.

16. From in or about 2016, and continuing through in or about June 2021, in the Southern District of Texas and elsewhere, **WILLIAM A. MILLS, HUGO VILLANUEVA, BUN KHATH,** and **JENNIFER WILLIAMS,** the defendants, and others known and unknown, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

17. It was a part and an object of the conspiracy that **WILLIAM A. MILLS, HUGO VILLANUEVA, BUN KHATH,** and **JENNIFER WILLIAMS,** the defendants, and others known and unknown, knowing that the property involved in certain financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, proceeds of bank fraud and false statement to obtain credit offenses, in violation of title 18, United States Code, Sections 1344 and 1014, knowing that the transactions were designed in whole and in part:

(1) to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and;

(2) to engage in monetary transactions in criminally derived property of value greater than $10,000 and derived from the specified unlawful activity, in violation of 18 United States Code, Section 1957(a).

All in violation of Title 18, United States Code, Section 1956(h).

**NOTICE OF FORFEITURE**
(18 U.S.C. § 982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to the defendants,

**WILLIAM A. MILLS,**
**HUGO VILLANUEVA,**
**BUN KHATH,**
**JENNIFER WILLIAMS,**

that in the event of conviction of any of the offenses charged in Counts 1 through 19 of this Indictment, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses in violation of Title 18, United States Code, Sections 1014 and 1344.

**NOTICE OF FORFEITURE**
(18 U.S.C. § 982(a)(1))

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the defendants,

**WILLIAM A. MILLS,**
**HUGO VILLANUEVA,**

**BUN KHATH,**
**JENNIFER WILLIAMS,**

that upon conviction of Count 20 of this Indictment, all property, real or personal, involved in money laundering offenses or traceable to such property, is subject to forfeiture.

**Property Subject to Forfeiture**

The property subject to forfeiture includes, but is not limited to, the following:

(a) real property on Villa Fontana Way in Houston, Texas, together with all improvements, buildings, structures and appurtenances, and legally escribed as follows:

> Lot Twenty-One (21), Block One (1), of Northgate Forest Place, an Addition in Harris County, Texas, according to the map or plat thereof, recorded in Film Code 539184 of the Map Records of Harris County, Texas.

**MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States gives notice that it will seek a money judgment against each defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of that defendant's money judgment.

A TRUE BILL

Original Signature on File

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

By: /S/ Belinda Beek
Belinda Beek
Assistant United States Attorney