United States Courts
Southern District of Texas
FILED
May 27, 2025
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | § | CRIMINAL NO. H-23-328-S |
| v. § | | |
| § | | |
| JENNIFER WILLIAMS § | § | 18 U.S.C. § 371 |

### FOURTH SUPERSEDING CRIMINAL INFORMATION

The United States Attorney charges:

At all times material to this Criminal Information:

### COUNT ONE
(Conspiracy to Commit Bank Fraud, 18 U.S.C. §371)

**A.  INTRODUCTION**

1. Starting at least as early as 2016 and continuing through 2021, **JENNIFER WILLIAMS (WILLIAMS)**, along with others known and unknown to the Grand Jury, conspired in a fraudulent loan scheme to obtain money from various lenders insured by the Federal Deposit Insurance Corporation (FDIC), National Credit Union Share Insurance Fund (NCUS), and the Small Business Administration (SBA).  The fraudulent scheme encompassed dozens of loans totaling at least $40 Million in fraudulent loan proceeds.

2. **WILLIAMS** resided in the Houston, Texas area and was a loan borrower in

1

this scheme. **WILLIAMS** was associated with different business names, including Innovative Pathology Laboratory Services, LLC (IPLS) and Network Consulting Firm, Inc. (Network).

**Victim Financial Institutions**

3. Iberiabank (now known as First Horizon), BB&T Bank (BBT—now known as Truist Bank), BBVA (now known as PNC Bank), JP Morgan Chase, Hancock Whitney Bank, and Simmons Bank (Simmons) were federally insured financial institutions located in Houston, Texas, whose deposits were insured by the FDIC. Primeway Federal Credit Union was a federally insured financial institution located in Houston, Texas, whose deposits were insured by NCUS.

**B.    THE CONSPIRACY**

4. From in or about 2016, through in or about 2021, in the Houston Division of the Southern District of Texas and elsewhere,

**JENNIFER WILLIAMS,**

defendant herein, did knowingly combine, conspire, confederate, and agree with others known and unknown to commit the following offense against the United States, that is: to knowingly execute and attempt to execute a scheme and artifice to defraud one or more of the Victim Financial Institutions, and to obtain moneys, funds, and credits owned by and under the custody and control of one or more of the Victim Financial Institutions, by means of material false and fraudulent

2

pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

## C. MANNER AND MEANS OF THE CONSPIRACY

5. The defendant and her co-conspirators sought to accomplish the purpose of the conspiracy by the following manner and means, among other things:

    a. preparing or causing to be prepared loan applications that contained false and fraudulent information about income to obtain loans from one or more of the Victim Financial Institutions;

    b. preparing or causing to be prepared false and fraudulent documents such as income tax returns, financial statements, bank account statements, and equipment invoices to obtain loans from one or more of the Victim Financial Institutions;

    c. submitting or causing to be submitted fraudulent loan applications to obtain loans from the Victim Financial Institutions;

    d. submitting or causing to be submitted false and fraudulent documents such as income tax returns, financial statements, bank statements, and equipment invoices to obtain loans from one or more of the Victim Financial Institutions;

    e. depositing fraudulently obtained loan funds into designated bank accounts via wire transfer, check, and cashier's check; and

f.  collecting money from fraudulently obtained loan funds for their own benefit and the benefit of other co-conspirators.

## D.   ACTS IN FURTHERANCE OF THE CONSPIRACY

To achieve the purpose of the conspiracy, the defendant and other co-conspirators in the Southern District of Texas and elsewhere, committed and caused to be committed the following acts in furtherance of the conspiracy:

(1) On or about September 26, 2018, **WILLIAMS** obtained a fraudulent $250,000 line of credit loan to IPLS from Iberiabank.

(2) On or about May 15, 2019, **WILLIAMS** obtained a fraudulent equipment loan of $2,863,085 for IPLS from BB&T.

(3) On or about December 24, 2019, **WILLIAMS** obtained a fraudulent $1,000,000 line of credit for IPLS from Simmons Bank.

(4) On or about December 24, 2019, **WILLIAMS** obtained a fraudulent loan of $4,161,546.59 for IPLS from Simmons Bank for loan payoffs at BB&T and BBVA.

(5) On or about December 24, 2019, **WILLIAMS** obtained a fraudulent equipment loan of $600,000 for IPLS from Simmons Bank.

(6) On or about March 12, 2021, **WILLIAMS** submitted fraudulent tax returns to renew a $1,000,000 loan and obtain an additional $500,000 for IPLS from Simmons Bank.

4

(7) On or about March 12, 2021, **WILLIAMS** submitted fraudulent tax returns to obtain an additional fraudulent equipment loan of $941,455 for IPLS from Simmons Bank.

In violation of Title 18, United States Code, Section 371.

**NOTICE OF FORFEITURE**
(18 U.S.C. § 982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to the defendant,

**JENNIFER WILLIAMS,**

that in the event of conviction of the offense charged in Count 1 of this Fourth Superseding Criminal Information, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offense.

**Property Subject to Forfeiture**

The property subject to forfeiture includes, but is not limited to, the following:

(a)   real property on Villa Fontana Way in Houston, Texas, together with all improvements, buildings, structures and appurtenances, and legally escribed as follows:

> Lot Twenty-One (21), Block One (1), of Northgate Forest Place, an Addition in Harris County, Texas, according to the map or

plat thereof, recorded in Film Code 539184 of the Map Records of Harris County, Texas.

## **MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the defendant's money judgment.

                                  NICHOLAS J. GANGEI
                                  United States Attorney

By:   */S/ Belinda Beek*
        Belinda Beek
        Assistant United States Attorney

6