Case 4:23-cr-00328   Document 187   Filed on 12/09/25 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
**FILED**
*December 09, 2025*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CRIMINAL NO. H-23-328-S** |
| v. § | |
| § | |
| **KAZEEM YOUNES** § | |

## FIFTH SUPERSEDING CRIMINAL INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy to Commit Bank Fraud, 18 U.S.C. § 371)

**A.   INTRODUCTION**

At all times material to this Fifth Superseding Criminal Information:

1. Defendant **KAZEEM YOUNES** (**YOUNES**) resided within the Southern District of Texas.

2. **YOUNES** owned and operated a business called "Global Services" and "Global Services Plus" that prepared income tax returns and financial statements.

3. The Federal Deposit Insurance Corporation (FDIC) was an agency of the United States established to protect depositors by insuring the deposits of member banks with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions. The FDIC insurance fund was backed by the United States government.

1

4. Co-conspirator William Mills was a loan broker for co-conspirators "TT" and "UT" on several commercial loans from FDIC-insured financial institutions in the Houston, Texas area, including BancorpSouth Bank (BancorpSouth) and Plains State Bank (Plains).

B. **THE CONSPIRACY**

5. From in or about 2015 and continuing through in or about 2021, in the Houston Division of the Southern District of Texas and elsewhere,

**KAZEEM YOUNES,**

defendant herein, did knowingly combine, conspire, confederate, and agree with others known and unknown to commit the following offense against the United States, that is: to knowingly execute and attempt to execute a scheme and artifice to defraud BancorpSouth, a federally insured financial institution, and to obtain moneys, funds, and credits owned by and under the custody and control of BancorpSouth, by means of material false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

C. **MANNER AND MEANS OF THE CONSPIRACY**

6. Defendant and co-conspirators sought to accomplish the purpose of the conspiracy by preparing and submitting false and fraudulent documents, including

falsified and fraudulent income tax returns, to obtain loans from BancorpSouth and other financial institutions insured by the FDIC.

**D.    ACTS IN FURTHERANCE OF THE CONSPIRACY**

7. On or about December 14, 2020, co-conspirator UT, as President for a business she owned called Gxxx Lxxxxx Cxxxxxxx Cxxx, Inc., (GLCC) applied for a commercial loan from BancorpSouth to re-finance an existing loan from Plains (Plains Loan).

8. In 2018, **YOUNES** prepared knowingly false and fraudulent income tax returns showing inflated income for TT and UT to obtain the Plains Loan.

9. On or before August 27, 2021, using information supplied by Mills, **YOUNES** prepared knowingly false and fraudulent income tax returns for GLLC that contained inflated income for the purpose of submitting the tax returns to BancorpSouth as part of UT's commercial loan application.

10. On or before August 27, 2021, BancorpSouth received the false and fraudulent income tax returns **YOUNES** prepared for GLLC, causing BancorpSouth to approve and fund a commercial loan for approximately $2,729,440 to GLLC.

   In violation of Title 18, United States Code, Section 371.

## NOTICE OF FORFEITURE
18 U.S.C. § 982(a)(2)

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to the defendant,

**KAZEEM YOUNES,**

that in the event of conviction of the offense charged in Count 1 of this Fifth Superseding Criminal Information, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

### Money Judgment and Substitute Assets

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

NICHOLAS J. GANJEI
United States Attorney

By: *Belinda Beek*
Belinda Beek
Assistant United States Attorney
(713) 567-9721

4